UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY B. WITTROCK DILLMAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Case No. CV-14-123-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants and against the Plaintiff in accordance with the Order issued on today's date.

    Dated this 17th day of November, 2014.

                                                 TYLER P. GILMAN, CLERK

                                                 By: /s/ A.S. Goodwin
                                                 A.S. Goodwin, Deputy Clerk